UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>                    Defendants. | Case No.: 1:16-cv-00107 JLT<br><br>ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT<br><br>(Doc. 15) |

The parties have agreed Plaintiff may file a first amended complaint that substitutes the real identities for DOES 1 through 4.  (Doc. 15)  Good cause appearing, the Court **ORDERS**:

  1.  The stipulation for Plaintiff to file the first amended complaint is **GRANTED**;

  2.  Plaintiff may file his first amended complaint no later than **April 6, 2016**.

IT IS SO ORDERED.

  Dated:  **April 1, 2016**               **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

1