Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, GARY CARRUESCO, DOUG BARRIER, KASEY KNOTT and JUAN OROZCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ, | Case No. 1:16-CV-00107-JLT |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER DISMISSING PLAINTIFF'S FOURTH, FIFTH AND SIXTH CLAIMS FOR RELIEF AGAINST DEFENDANTS, WITH PREJUDICE** |
| CITY OF BAKERSFIELD, GARY CARRUESCO, DOUG BARRIER, KASEY KNOTT, JUAN OROZCO, and DOES 5-10, | (Doc. 29) |
| Defendants. | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, by and through their respective counsel of record, that the following claims for relief in the Plaintiff's First Amended Complaint be dismissed with prejudice with each party to bear its own attorneys' fees and costs as to those claims:

///

///

1

1. Fourth Claim for Municipal Liability – Ratification (42 U.S.C. § 1983);
2. Fifth Claim for Municipal Liability – Policy of Inaction (42 U.S.C. § 1983); and
3. Sixth Claim for Unconstitutional Custom, Practice, or Policy (42 U.S.C. § 1983).

Dated: September 1, 2016.         THE LAW OFFICE OF THOMAS C. SEABAUGH

                                  */s/ Thomas C. Seabaugh*
                              By:_____
                                  Thomas C. Seabaugh,
                                  Attorneys for Plaintiff

Dated: September 1, 2016.         CHAIN COHN STILES

                                  */s/ Neil Gehlawat*
                              By:_____
                                  Neil Gehlawat,
                                  Attorneys for Plaintiff

Dated:  September 1, 2016.        MARDEROSIAN  & COHEN

                                  */s/ Michael G. Marderosian*
                              By:_____
                                  Michael G. Marderosian,
                                  Attorneys for Defendant
                                  above-named.

IT IS SO ORDERED.

   Dated:   **September 1, 2016**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE