THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (818) 928-5290

CHAIN COHN STILES
David K Cohn, Esq., SBN 68768 | dcohn@chainlaw.com
Neil K. Gehlawat, Esq., SBN 289388 | ngehlawat@chainlaw.com
1430 Truxtun Ave., Suite 100
Bakersfield, CA 93301
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ARTURO GONZALES, | Case No. 1:16-CV-00107-JLT |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ON STIPULATION REGARDING MEDIATION AND SCHEDULING** |
| vs. | |
| CITY OF BAKERSFIELD, GARY CARRUESCO, DOUG BARRIER, KASEY KNOTT, JUAN OROZCO, and DOES 5-10, | (Doc. 39) |
| Defendants. | |

~~Proposed~~ Order

Before the Court is a stipulation among the parties (Doc No. 39). Having reviewed the parties' stipulation and accompanying documents, and good cause appearing, it is ordered that the case schedule is adjusted as follows:

|  | Current Date | Proposed New Date |
|---|---|---|
| Mediation |  | February 3, 2017 |
| Expert Disclosures | January 10, 2017 | February 17, 2017 |
| Rebuttal Expert Discl. | February 7, 2017 | March 3, 2017 |
| Expert Discovery Cutoff | March 3, 2017 | March 17, 2017 |
| Non-Dispositive Mtn. Filing | March 10, 2017 | March 20, 2017 |
| Non-Dispositive Mtn. Hearing | April 7, 2017 | April 17, 2017 |
| Dispositive Mtn. Filing | April 19, 2017 | April 24, 2017 |
| Dispositive Mtn. Hearing | May 31, 2017 | No Change |
| Pre-Trial Conference | July 5, 2017 | No Change |
| Trial | August 21, 2017 | No Change |

IT IS SO ORDERED.

Dated:   **November 14, 2016**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE