THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (818) 928-5290

CHAIN COHN STILES
David K Cohn, Esq., SBN 68768 | dcohn@chainlaw.com
Neil K. Gehlawat, Esq., SBN 289388 | ngehlawat@chainlaw.com
1430 Truxtun Ave., Suite 100
Bakersfield, CA 93301
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALES,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD,<br>GARY CARRUESCO,<br>DOUG BARRIER,<br>KASEY KNOTT,<br>JUAN OROZCO,<br>and DOES 5-10,<br><br>               Defendants. | Case No. 1:16-CV-00107-JLT<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION REGARDING DISPOSITIVE MOTIONS**<br><br>(Doc. 41) |

# ~~PROPOSED~~ ORDER

Before the Court is a stipulation among the parties with which they propose to resolve certain issues arising with respect to their contemplated dispositive motions by means of a compromise. Good cause appearing, the Court adopts the parties stipulation and orders that:

1. The following claims for relief in the Plaintiff's First Amended Complaint are **DISMISSED with PREJUDICE** with each party to bear its own attorneys' fees and costs as to those claims: (1) Plaintiff's Third Claim for Relief (substantive due process under federal law); (2) Plaintiff's Tenth Claim for Relief (under the California Bane Act) as to Defendant Carruesco only

2. Defendants' motion for summary adjudication will be limited to (1) the false arrest claims raised in the First Claim for Relief (wrongful detention or arrest under federal law) and the Seventh Claim for Relief (false arrest under state law); and (2) the claims against Defendant Carruesco.

IT IS SO ORDERED.

Dated: __April 24, 2017__      /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE