# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>    Defendant. | Case No.: 1:16-cv-0107 - JLT<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(Doc. 57) |

Defendants request that the Court issue a *Writ of Habeas Corpus Ad Testificandum* to secure the attendance of Arturo Gonzalez Jr. during the trial on this matter. (Doc. 57-1 at 2) Defendants request that he be produced on January 18, 2018. (*Id.*) Plaintiff objects to the request, asserting the testimony would be inadmissible that "it is doubtful whether Arturo Gonzalez, Jr. …would have the capacity to testify." (Doc. 62 at 2) However, Defendants do not have a burden to establish the competency of Mr. Gonzalez at this time and there is no evidence that he is incompetent. Rather, this will be determined at the time Mr. Gonzalez is called to testify.

Moreover, the defendants have demonstrated that the testimony may be relevant. They assert that the witness is a cause of the injuries claimed by the plaintiff and that examination on this topic is pertinent to their defenses. Also, they claim that they may elicit evidence from the witness that is impeaching of the plaintiff.

Based upon this showing, the Court finds that the testimony is necessary. 28 USC §

1

2241(c)(5). Consequently, Defendants' request for a *writ ad testificandum* (Doc. 57) is **GRANTED**.

IT IS SO ORDERED.

    Dated: __**December 11, 2017**__            __**/s/ Jennifer L. Thurston**__
                                                                        UNITED STATES MAGISTRATE JUDGE