# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>  Defendant. | Case No.: 1:16-cv-0107 - JLT<br><br>ORDER WITHDRAWING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED FOR ARTURO GONZALEZ, JR. |

On December 13, 2017, the Court granted Defendant's motion and issued a *writ of habeas corpus ad testificandum* to secure the attendance of Arturo Gonzalez Jr. during the trial on this matter. (Docs. 78, 80) However, the Court has been informed by personnel at the Kern County Lerdo Pre-Trial Facility that Arturo Gonzalez Jr. was released from custody on November 20, 2017.

Accordingly, the Court **ORDERS** that the *writ of habeas corpus ad testificandum* issued for Arturo Gonzalez Jr. is **WITHDRAWN**.

IT IS SO ORDERED.

Dated: **December 14, 2017**                **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE

1