# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>Defendant. | Case No.: 1:16-cv-0107 - JLT<br><br>ORDER ISSUING A WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED FOR ARTURO GONZALEZ, JR. |

On December 13, 2017, the Court granted Defendant's motion and issued a *writ of habeas corpus ad testificandum* to secure the attendance of Arturo Gonzalez Jr. during the trial on this matter. (Doc. 80) When the Court learned he had been released from the Kern County Lerdo Pre-Trial Facility, the Court withdrew the writ. (Doc. 82) The defendants have now informed the Court Arturo Gonzalez Jr. is housed at the Metropolitan State Hospital located at 11401 Bloomfield Ave, Norwalk, CA 90650. Thus, the Court will reissue the writ[1].

IT IS SO ORDERED.

Dated: **December 18, 2017**         **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The Court takes note that Metropolitan State Hospital houses only those who are in need of psychiatric treatment. Thus, there is a good likelihood Mr. Gonzalez Jr. may not be competent to testify.