# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ,<br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, et al,<br><br>　　　　　Defendants. | 1:16-cv-00107- JLT<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ARTURO GONZALEZ JR.**<br><br>DATE: January 18, 2018<br>TIME: 9:00 a.m. |

　　　　Arturo Gonzalez Jr., a necessary witness in this matter, is confined at Metropolitan State Hospital. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jennifer L. Thurston, at the United States Courthouse, 510 19th Street, Bakersfield, California on January 18, 2018, at 9:00 a.m.

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Administrator, California Department of State Hospitals at the Metropolitan State Hospital located at 11401 Bloomfield Ave, Norwalk, CA 90650.**

　　　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.
　　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　Dated: __December 18, 2017__　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE