# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>        Defendant. | Case No.: 1:16-cv-0107 - JLT<br><br>ORDER WITHDRAWING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED FOR ARTURO GONZALEZ, JR. |

On December 19, 2017, the Court issued a *writ of habeas corpus ad testificandum* to secure the attendance of Arturo Gonzalez Jr. during the trial on this matter. (Docs. 87) However, the trial has now been continued. Accordingly, the Court **ORDERS** that the *writ of habeas corpus ad testificandum* issued for Arturo Gonzalez Jr. is **WITHDRAWN**.

IT IS SO ORDERED.

Dated: **January 8, 2018**          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE