# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ, | ) Case No.: 1:16-cv-0107 - JLT |
| Plaintiff, | ) ORDER AMENDING THE CASE SCHEDULE |
| v. | ) AND THE PRETRIAL ORDER |
| CITY OF BAKERSFIELD, et al., | ) |
| Defendant. | ) |

On January 5, 2018, the Court held an informal conference based upon a notification it received that plaintiff's counsel, Mr. Cohn, was unavailable for trial on January 16, 2018. (Doc. 92) The parties agreed that the trial would be reset to April 9, 2018 but understood that defense counsel were scheduled to commence a trial in Arizona and that this would conflict, unless settled. However, there was a chance the matter would settle at a mediation scheduled to occur later this month. Consequently, counsel agreed that June 11, 2018 would be the alternate trial date. Now the Court has been informed that Mr. Cohn is not available on April 9, 2018. Thus, the Court **ORDERS**:

    1.    The trial is **CONTINUED** to June 11, 2018 at 8:30 a.m.;

    2.    Any further motions in limine may be filed no later than **May 4, 2018** and any opposition thereto **SHALL** be filed no later than **May 11, 2018**. Before filing any further motions in limine, counsel **SHALL** meet and confer to determine whether the issues can be resolved without need to file the motion;

3. The hearing on the motions in limine is set on **May 29, 2018** at 10:00 a.m.;

4. <u>**No later than May 4, 2018**</u>, counsel **SHALL** meet and confer to determine whether any previously filed motion in limine will be withdrawn or whether they can resolve the issues without need for a hearing on the motions;

5. The parties **SHALL** deliver three sets of the joint exhibits to the Courtroom Clerk and provide one set to their opponent, no later than 4:00 p.m., on **June 8, 2018**. Counsel are jointly obligated to ensure these exhibits are delivered but will decide which of them will take on this task;

6. If any party wishes to file a trial brief, they must do so in accordance with Local Rule 285 and it must be filed on or before **June 1, 2018**;

7. The parties are required to file their proposed voir dire questions in accordance with Local Rule 162.1 on or before **June 1, 2018**;

8. The parties **SHALL** serve via e-mail their proposed jury instructions in accordance with Local Rule 163, their proposed verdict form and the joint neutral statement of the case. No later than **May 4, 2018**, the parties shall conduct a conference to address their proposed jury instructions, verdict form and the joint neutral statement of the case. At the conference, the parties **SHALL** attempt to reach agreement on these documents for use at trial. The parties shall file all joint jury instructions, verdict form and the joint neutral statement of the case no later than **May 25, 2018**. At the same time, the parties **SHALL** lodge via e-mail a copy of the joint jury instructions and joint verdict form (in Word format) to JLTOrders@caed.uscourts.gov.

If and only if, the parties after genuine, reasonable and good faith effort cannot agree upon certain specific jury instructions, the verdict form and the joint neutral statement of the case, the parties **SHALL** file their respective proposed (disputed) jury instructions, proposed (disputed) verdict form and proposed (disputed) neutral statement of the case no later than **May 25, 2018**, and identify such as the disputed jury instructions and verdict forms. At the same time, the party SHALL lodge via e-mail to JLTOrders@caed.uscourts.gov, a copy of the party's (disputed) jury instructions, proposed (disputed) verdict form and the joint neutral statement of the case (in Word format).

///
///

2

9. Any objections to any amendment to the pretrial order **SHALL** be filed within 10 days.

IT IS SO ORDERED.

Dated: **January 11, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE