# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ, | Case No.: 1:16-cv-0107 - JLT |
| Plaintiff, | ORDER RE TRIAL DATES |
| v. | (Doc. 95) |
| CITY OF BAKERSFIELD, et al., | |
| Defendant. | |

On January 31, 2018, defense lawyer, Mr. Marderosian, notified the Court that due to the passing of his father, he will need to travel to Boston during the week currently set for trial to attend a planned tribute. (Doc. 95) He asks that the trial go dark on June 14 and 15 to allow for this. Id. Unless the plaintiff has an objection to this request, the Court intends to grant this request. Therefore, unless the plaintiff objects to this plan within 14 days, the parties and counsel can plan that the trial will recess on after the day on June 13, 2018 and resume on Monday, June 18, 2019.

IT IS SO ORDERED.

Dated: **April 24, 2018**          **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE