Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, GARY CARRUESCO, DOUG BARRIER,
KASEY KNOTT and JUAN OROZCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ, | ) Case No. 1:16-CV-00107-JLT |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER RE DEFENDANTS' MOTIONS** |
| vs. | ) **IN LIMINE NOS. 6, 10 AND 14** |
| | ) (Doc. 101) |
| CITY OF BAKERSFIELD, GARY | ) |
| CARRUESCO, DOUG BARRIER, KASEY | ) |
| KNOTT, JUAN OROZCO, and DOES 5-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**RECITALS**

WHEREAS the Parties filed Motions in Limine on or about December 8, 2017;

WHEREAS, on January 11, 2018, the Court issued an Order Amending the Case Schedule and the Pretrial Order and where such Order directed the parties to meet and confer to determine whether the issues could be resolved without need to file the motion; and

WHEREAS, the Parties met and conferred and determined that certain issues raised by the Defendants in their Motions in Limine were not in dispute;

## STIPULATION

**IT IS HEREBY STIPULATED,** by and between the Parties hereto, through their respective attorneys of record, that:

1. The Parties agree that no Party will introduce, reference, or allude to other police misconduct including, but not limited to, the Ferguson case, the Tamir Rice case, the Silva case, the Ramirez case, the Gonzalez-Chavez case, or even the recent news involving former officers Damacio Diaz and Patrick Mara;

2. Non-Party Witnesses will be excluded from the Courtroom;

3. No Party will make any "Golden Rule Argument".

4. The Parties enter into this stipulation with the understanding that any party is free to argue at trial that the door has been opened with respect to any of the above categories. In such a situation, that party must raise the issue outside the presence of the jury and seek the Court's permission to depart from this Stipulation.

Dated: May 21, 2018.				THE LAW OFFICE OF THOMAS C. SEABAUGH

						*/s/ Thomas C. Seabaugh*
					By:_____
						Thomas C. Seabaugh,
						Attorneys for Plaintiff


Dated: May 21, 2018.				CHAIN COHN STILES

						*/s/ David K. Cohn*
					By:_____
						David K. Cohn,
						Attorneys for Plaintiff


Dated: May 21, 2018.				MARDEROSIAN & COHEN

						*/s/ Michael G. Marderosian*
					By:_____
						Michael G. Marderosian,
						Attorneys for Defendants
						above-named.

**IT IS SO ORDERED THAT:**

1. No Party will introduce, reference, or allude to other police misconduct including, but not limited to the Ferguson case, the Tamir Rice case, the Silva case, the Ramirez case, the Gonzalez-Chavez case, or even the recent news involving former officers Damacio Diaz and Patrick Mara;

2. Non-Party Witnesses will be excluded from the Courtroom;

3. No Party will make any "Golden Rule Argument".

4. In the event a Party feels that the door has been opened with regard to any of the above categories, that Party will raise the issue outside of the presence of the jury and seek the Court's permission to depart from this Order.

Based on the foregoing, it is unnecessary for the Court to rule further on Defendants' Motions in Limine Nos. 6, 10, and 14.

IT IS SO ORDERED.

Dated: __**May 21, 2018**__      _____**/s/ Jennifer L. Thurston**_
UNITED STATES MAGISTRATE JUDGE