# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>        Defendant. | Case No.: 1:16-cv-0107 - JLT<br><br>ORDER GRANTING MOTION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR THE TRANSPORTATION OF ARTURO GONZALEZ, JR. TO TRIAL<br><br>(Docs. 97, 98) |

On December 13, 2017, the Court granted Defendant's motion and issued a *writ of habeas corpus ad testificandum* for Arturo Gonzalez Jr. to be transported to trial (Doc. 78) For the reasons set forth in that order, the Court will again issue the writ. However, the Court will require a showing, outside the presence of the jury as to the relevance of Mr. Gonzalez's testimony before he will be allowed to testify. Thus, the defendant's motion for the writ (Doc. 98) is **GRANTED**

IT IS SO ORDERED.

Dated: **May 21, 2018**                      **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE