# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>    Defendant. | Case No.: 1:16-cv-0107 - JLT<br><br>ORDER WITHDRAWING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED FOR ARTURO GONZALEZ, JR. |

On June 8, 2018, the Court issued an amended *writ of habeas corpus ad testificandum* to secure the attendance of Arturo Gonzalez Jr. during the trial on this matter. (Doc. 104) However, the case has settled. Accordingly, the Court **ORDERS** that the *writ of habeas corpus ad testificandum* issued for Arturo Gonzalez Jr. is **WITHDRAWN**.

IT IS SO ORDERED.

    Dated:   **June 14, 2018**                           **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE