Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:     Defendants CITY OF BAKERSFIELD, GARY CARRUESCO, DOUG
                   BARRIER, KASEY KNOTT and JUAN OROZCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ, )<br><br>Plaintiff, )<br> )<br>vs. )<br> )<br>CITY OF BAKERSFIELD, GARY )<br>CARRUESCO, DOUG BARRIER, KASEY )<br>KNOTT, JUAN OROZCO, and DOES 5-10, )<br> )<br>Defendants. )<br> ) | Case No. 1:16-CV-00107-JLT<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON**<br><br>(Doc. 107) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice. Each Party shall bear its own attorneys' fees and costs.

///

///

Dated: July 16, 2018    MARDEROSIAN & COHEN


*/s/ Michael G. Marderosian*

By:_____
   Michael G. Marderosian,
   Attorneys for Defendants
   CITY OF BAKERSFIELD,
   GARY CARRUESCO, DOUG BARRIER,
   KASEY KNOTT and JUAN OROZCO


Dated: July 16, 2018    CHAIN COHN STILES


*/s/ David K. Cohn*
By:_____
   David K. Cohn,
   Attorneys for Plaintiff ARTURO GONZALEZ


Dated: July 16, 2018    THE LAW OFFICE OF THOMAS C. SEABAUGH


*/s/ Thomas C. Seabaugh*
By:_____
   Thomas C. Seabaugh,
   Attorneys for Plaintiff ARTURO GONZALEZ


The Stipulation of Dismissal of the Parties having been read and considered by the Court, and good cause appearing therefor, IT IS SO ORDERED that this matter is hereby dismissed in its entirety with prejudice. Each Party shall bear its own attorneys' fees and costs.


IT IS SO ORDERED.

Dated:  **July 16, 2018**          **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE